**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **vs.** | § | **Criminal No. 3:25-MJ-1241-BK** |
| | § | |
| **David Goodgame,** | § | |
| **Defendant** | § | |

**Notice of Attorney Appearance on behalf of Defendant David Goodgame**

To the Honorable Judge of this Court:

Comes Now, Robert R. Smith, Esq., and enters this appearance as counsel on behalf of Defendant David Goodgame. Mr. Smith has been retained by Mr. Goodgame, and is a member in good standing of the Bar of this Court. Undersigned counsel requests that he be listed as counsel of record for Mr. Goodgame, and that he be served with all pleadings filed in this matter.

Respectfully submitted,

/s/ Robert R. Smith____
Robert R. Smith
Texas State Bar #18752800
500 North Akard Street, Suite 2150
Dallas, TX 75201
214-298-7777
rsmith@fhsulaw.com
Counsel for Defendant David Goodgame

/s/ Arnold A. Spencer____
Arnold A. Spencer
Texas State Bar #00791709

Spencer & Associates
5956 Sherry Lane, Suite 2000
Dallas, Texas 77225
214-385-8500
arnold@spencerlaw.com
Co-Counsel for Defendant David Goodgame

**Certificate of Service**

I hereby certify that I have filed the foregoing document with the Clerk of Court and emailed counsel for the Government with a copy of this Notice.

Dated: December 18, 2025